UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-06946-ODW (AJRx) | Date | October 23, 2025 |
|---|---|---|---|
| Title | *Angel Garcia v. Safco Equity Partnership, L.P. et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 15) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                  :   00

                                      Initials of Preparer    SE